IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

LAZARO DESPAIGNE BORRERO,
Reg #12973-074                                                              PLAINTIFF

v.                              No. 2:16-cv-61-DPM

UNITED STATES OF AMERICA                                                    DEFENDANT

JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

8 May 2017