IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

LAZARO DESPAIGNE BORRERO,
Reg #12973-074                                                      PLAINTIFF

v.                           No. 2:16-cv-61-DPM

UNITED STATES OF AMERICA                                DEFENDANT

ORDER

Borrero's request for a refund is denied. № 73. The PLRA requires Borrero to pay the filing fee in full. 28 U.S.C. § 1915(b). And the Court's conclusion that it lacked subject matter jurisdiction over one slice of the case doesn't relieve Borrero from that obligation.

So Ordered.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 June 2017